IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE Robert E. Blackburn

Criminal Action No.   08-cr-00307-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Jodi Laughnan,

      Defendant.

___

ORDER EXONERATING BOND
___

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to probation.   As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

```
```

DATED at Denver, Colorado, August 10, 2009.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge